# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Breon Lewis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Palisades Acquisition XVI, LLC, and Leikin, Ingber & Winters, P.C.,<br><br>　　　　Defendants. | Case No. 16-cv-0647<br><br>Hon. Gordon J. Quist |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice and without costs as to all Defendants. Neither Defendant served an answer, nor did any Defendant serve a motion for summary judgment in this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 6, 2016　　　　　GOLDEN LAW OFFICES, P.C.

　　　　　　　　　　　　　　　　/s/ B. Thomas Golden
　　　　　　　　　　　　　　　　B. Thomas Golden (P70822)
　　　　　　　　　　　　　　　　Attorney for the Plaintiff
　　　　　　　　　　　　　　　　2186 West Main Street
　　　　　　　　　　　　　　　　P.O. Box 9
　　　　　　　　　　　　　　　　Lowell, Michigan 49331
　　　　　　　　　　　　　　　　Telephone: (616) 897-2900
　　　　　　　　　　　　　　　　Facsimile: (616) 897-2907
　　　　　　　　　　　　　　　　btg@bthomasgolden.com